(September 2, 1980)

■ In the Matter of BENGAL CABARET, INC., Doing Business as NIRVANA, Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Determination of respondent dated July 21, 1980, unanimously confirmed, without costs and without disbursements. Oral application for continuation of stay granted until September 2, 1980 (see CPLR 5519, subd [e]). Concur—Kupferman, J. P., Markewich, Silverman and Bloom, JJ.

(September 4, 1980)

■ In the Matter of PETER S. DAVIS, an Attorney.—Motion to discipline respondent granted only to the extent of referring the matter for a hearing and report as indicated in the order of this court and pending receipt of such report respondent is suspended from practice as an attorney and counselor at law in the State of New York until further order of this court. Concur—Murphy, P. J., Birns, Fein, Sandler and Sullivan, JJ.

(September 11, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM McCLAIN, Appellant.—Judgment, Supreme Court, New York County, rendered on October 4, 1979, unanimously affirmed. Defendant-appellant is directed to make restitution in the amount of $150 per month for five years as indicated in the judgment appealed from and the case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). Concur—Murphy, P. J., Kupferman, Birns, Markewich and Silverman, JJ.